IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN RETAIL LLC, and DAVID YURMAN IP LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>ROYAL CHAIN INC. (d/b/a ROYAL CHAIN GROUP),<br><br>*Defendant*. | Civil Action No.: 1:23-cv-8224<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs David Yurman Enterprises LLC, David Yurman Retail LLC, and David Yurman IP LLC (collectively, "Yurman"), hereby certify that:

1.  Plaintiff David Yurman Enterprises LLC is a privately held corporation, and no publicly held company owns 10% or more of its stock.

2.  Plaintiff David Yurman Retail LLC is wholly owned by David Yurman Enterprises LLC, which is a privately held corporation, and no publicly held company owns 10% or more of its stock.

3.  Plaintiff David Yurman IP LLC is wholly owned by David Yurman Enterprises LLC, which is a privately held corporation, and no publicly held company owns 10% or more of its stock.

Dated: September 18, 2023

By: */s/ Andrew D. Gish*
Andrew D. Gish

John M. Neukom (*pro hac vice* forthcoming)
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108
Tel: (415) 738-5719
jneukom@debevoise.com

Andrew D. Gish (Bar No. 4918454)
andrew@gishpllc.com
Michael M. Powell (Bar No. 5263876)
michael@gishpllc.com
Raymond J. Bilderbeck (Bar No. 4883328)
ray@gishpllc.com
Gish PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-2000
*Counsel for Plaintiffs*