IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID YURMAN ENTERPRISES LLC, DAVID YURMAN RETAIL LLC, and DAVID YURMAN IP LLC<br><br>                Plaintiffs,<br><br>v.<br><br>ROYAL CHAIN INC. (d/b/a ROYAL CHAIN GROUP),<br><br>                Defendant. | Civil Action No.: 1:23-cv-08224-JSR |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and among the parties to this action, through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the above-captioned action (including without limitation all claims and counterclaims asserted in the action) is hereby dismissed in its entirety in accordance with the terms of the settlement agreement between the parties. All parties' claims and counterclaims are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| GISH PLLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| By: _____ | By: _____ |
| David M. Lamb | Jura C. Zibas |
| Gish PLLC | 150 East 42nd Street |
| 41 Madison Avenue, Floor 31 | New York, NY 10017 |
| New York, NY 10010 | jura.zibas@wilsonelser.com |
| David.lamb@gishpllc.com | (212) 915-5756 |
| (212) 518-2331 | |

*Attorney for Plaintiffs David Yurman Enterprises LLC, David Yurman Retail LLC, and David Yurman IP LLC*

*Attorney for Defendant Royal Chain Inc.*

SO ORDERED this _____ day of _____, 2024

_____

Hon. Jed S. Rakoff